TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00294-CV

In re Joseph Rome

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

PER CURIAM

 Relator Joseph Rome has filed a petition for writ of mandamus. We deny the petition. 
We note that Rome has an appeal before this Court, docketed as cause number 03-01-00160. By
letter of June 4, 2001, this Court questioned whether an appealable order existed in that cause and
set a deadline of June 14, 2001 for Rome to respond. Rome still has until June 14, 2001 to respond
to the question raised in cause 03-01-00160-CV.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Filed: June 8, 2001

Do Not Publish